UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

YEVONNE AGBUKE,

       Plaintiff,                        Case No. 08-14535

v.                                           Hon. Nancy G. Edmunds

REDFORD VILLA CONDO
        ASSOCIATION,

       Defendant.

_____/

ORDER ACCEPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

       This matter has come before the Court on the Magistrate Judge's Report and Recommendation. Being fully advised in the premises and having reviewed the record and the pleadings, including Plaintiff's Objections if any, the Court hereby ACCEPTS AND ADOPTS the Magistrate Judge's Report and Recommendation.

       It is further ordered that Defendant's motion for summary judgment is GRANTED, and the case is DISMISSED.

       SO ORDERED.

                                            s/Nancy G. Edmunds
                                            Nancy G. Edmunds
                                            United States District Judge

Dated:  October 13, 2009

I hereby certify that a copy of the foregoing document was served upon counsel of record on October 13, 2009, by electronic and/or ordinary mail.

                                            s/Carol A. Hemeyer
                                            Case Manager